**UNITED STATES of America, Appellant, v. CALIFORNIA BANK, Appellee.**

No. 8858.

Circuit Court of Appeals, Ninth Circuit.

June 6, 1938.

Ben Harrison, U. S. Atty., of Los Angeles, Cal.

Swanwick, Donnelly & Proudfit and Donald O. Welton, all of Los Angeles, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.